# MEMORANDUM

**To:** The Honorable Christopher F. Droney
U.S. District Judge

**From:** Bunita B. Keyes
U.S. Probation Officer

**Subject:** PEREZ, Wilfredo
Dkt. No: 3:02CR00080(CFD)
**PERMISSION TO TRAVEL**

**Date:** January 19, 2006

On June 17, 2002, Mr. Perez pled guilty to Bank Robbery and Attempted Bank Robbery, in violation of 18 U.S.C. § 2113(a). On December 4, 2002, Mr. Perez was sentenced by Your Honor to a term of 46 months for each count of conviction, to be served concurrently and three years supervised release for each count of conviction, to be served concurrently with the following special conditions:

1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer;

2) The defendant shall pay restitution in the amount of $33,498, at a rate of $75 per month during supervised release, as set forth in the Restitution Order.

Wilfredo Perez was released on July 2, 2005, and is to complete supervision on July 1, 2008. Mr. Perez requestes permission to travel to Aguas Buenas, Puerto Rico from February 3 to February 9, 2006, with his wife and daughter to visit family and friends.

Mr. Perez has been in compliance with the conditions of supervision. However, he owes two months of restitution payments for a total of $150. He will not be allowed to travel if he does not become current with his payments. He is employed full-time with the Salvation Army in Hartford, Connecticut, as a counselor. He is being considered for the director's position at the Salvation Army and this spring he is planning to attend classes to become a licensed drug therapist. He is active in his church, Glory Chapel in Hartford, Connecticut, and was recently given the privilege to preach a sermon.

The Honorable Christopher F. D
Page 2
January 19, 2006

On January 19, 2006, Assistant U.S. Attorney James G. Genco was contacted and he does not have any objections to the defendant traveling to Puerto Rico. Your Honor's permission is requested to allow Mr. Perez to travel to Puerto Rico.

_____ 1/20/06
Approved                                Date
The Honorable Christopher F. Droney

_____
Denied                                  Date
The Honorable Christopher F. Droney

BBK/tn